O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. HAMILTON,  )  <br>  )  <br>  Plaintiff,  )  <br>  )  <br>  vs.  )  <br>  )  <br> MICHAEL J. ASTRUE, Commissioner  )  <br> of Social Security Administration,  )  <br>  )  <br>  Defendant.  )  <br> _____) | CASE NO. ED CV 06-01313 (RZ)  <br>  <br> MEMORANDUM OPINION  <br> AND ORDER |

As the Commissioner concedes in this Court, the Administrative Law Judge did not address the psychological evaluation performed by Plaintiff's treating physician. (Defendant's Memorandum in Support of Answer, 4:4-5; *see* AR 149). The treating physician's opinion carries the greatest weight when considering the opinions of medical professionals, and is owed deference even when the circumstances suggest that it is not entitled to controlling weight. *Holohan v. Massanari*, 246 F.3d 1201-03 (9th Cir. 2001). It is true that the Administrative Law Judge can reject the treating physician's opinion, preferring instead the opinion of a different medical professional. In order to do so, however, he must make findings setting forth specific, legitimate reasons that are backed by substantial evidence in the record. *Magallanes v. Bowen*, 881 F.2d 747, 751 (9th Cir. 1989). The Commissioner's argument to this Court that the Administrative Law Judge need not have done so because he relied on the findings of a state agency consultant who

had reviewed the treating physician's notes is not sufficient to discharge the Administrative Law Judge's responsibility. "A reviewing court can evaluate an agency's decision only on the grounds articulated by the agency." *Ceguerra v. Secretary of Health & Human Services*, 933 F.2d 735, 738 (9th Cir. 1991), *citing SEC v. Chenery Corp.*, 332 U.S. 194, 196, 67 S. Ct. 1575, 1577, 91 L. Ed. 1995 (1947).

The Commissioner also asserts that the Administrative Law Judge need not have considered the treating physician's opinion because it was rendered prior to the claimed date for the onset of disability. But mental disorders often are progressive, *Morgan v. Sullivan*, 945 F.2d 1079, 1081 (9th Cir. 1991), and therefore the opinion of the treating psychiatrist cannot be ignored. *Cf. Smith v. Bowen*, 849 F.2d 1222, 1225 (9th Cir. 1988) (Administrative Law Judge must consider all relevant reports, including reports after period of disability expired).

Plaintiff also asserts that the Administrative Law Judge erred in not finding a severe mental impairment. Because this issue may be intertwined with the consideration of the treating physician's opinion, the Administrative Law Judge may wish to re-visit it upon remand.

The decision denying disability benefits is reversed, and the matter is remanded to the Commissioner for further proceedings.

DATED: October 4, 2007

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE